## LONG *v.* PARKER, WARDEN.

No. 821, Misc. Decided April 18, 1966.

Petitioner *pro se.*

*Solicitor General Marshall* for respondent.

PER CURIAM.

Upon consideration of the suggestion of the Solicitor General and an examination of all of the papers submitted, the motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeals for further proceedings.